

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00474-CV

FRANK J. SCHUSTER, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF
FRANK SCHUSTER, FRANK SCHUSTER FARMS, INC., FRANK SCHUSTER FARMS
AND FRANK SCHUSTER FARMS, LTD.
v.
KATHLEEN WILD

On Appeal from the
Probate Court of Hidalgo County, Texas
Trial Cause No. P-12,779-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be REVERSED and RENDERED. The Court orders the judgment of the trial court REVERSED and RENDERS judgment. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

July 31, 2014